UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JAMES S. MURPHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:15-CV-120-JAR |
| ) | |
| AJINOMOTO WINDSOR, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Motion for Class Certification (Doc. No. 18) and on purported opt-in notices filed by Plaintiff (Doc. No. 31). Rule 23(a)(4) states that a prerequisite for certification of a class action lawsuit is a class representative who can "fairly and adequately protect the interests of the class." Plaintiff is a *pro se* litigant. A litigant may bring his own claims to federal court without counsel, but not the claims of others. See 28 U.S.C. § 1654; see also 7A Wright, Miller & Kane, Federal Practice and Procedure: Civil 3d § 1769.1 ("class representatives cannot appear pro se."). Although Plaintiff may proceed *pro se* on his individual claim at this time, he cannot proceed representing a class.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Class Certification (Doc. No. 18) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that the opt-in notices filed by Plaintiff (Doc. No. 31) are ordered stricken, as no class has been certified.

Dated this 6th day of April, 2016.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE